**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PATRICIA VAUGHN,

       Plaintiff,

v.                                                     Case No. 07-CV-15085

HOMEGOODS, INC et al.,

       Defendants.
                                                          /

**OPINION AND ORDER DENYING "JOINT MOTION
FOR EXTENSION OF SCHEDULING DATES"**

Pending before the court is a "Joint Motion for Extension of Scheduling Dates," which was filed on June 17, 2008. The court concludes that a hearing is not necessary. *See* E.D. Mich. LR 7.1(e)(2). The court will deny the motion.

The motion is unsupported and presents no basis for the court to find good cause under Federal Rule of Civil Procedure 16. The parties merely recite some procedural history and state without any attempt at explanation that "additional time is now necessary," (Mot. at ¶ 3), for various discovery tasks that should have already occurred pursuant to the court's scheduling order. The court is not persuaded and it will therefore not alter its scheduling order. In particular, the date of the Final Pretrial Settlement and Conference remains October 27, 2008 and the case is still assigned for trial on the court's trailing docket for November/December 2008.[1] Accordingly,

---

[1] The parties may, if they wish, *voluntarily and cooperatively* achieve the discovery tasks mentioned in the joint motion. The court, however, will play no part in facilitating or enforcing such efforts.

IT IS ORDERED that the "Joint Motion for Extension of Scheduling Dates" [Dkt. # 20] is DENIED.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: July 3, 2008


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 3, 2008, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522